**Order entered August 29, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00544-CR**

**THE STATE OF TEXAS, Appellant**

**V.**

**MARTIN EDUARDO VELASQUEZREYES, Appellee**

**On Appeal from the County Criminal Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. M19-22423-A**

**ORDER**

By letter dated August 16, 2022, we notified the parties we had concerns regarding our jurisdiction because the clerk's record did not contain a signed order. *See State v. Sanavongxay*, 407 S.W.3d 252, 259 (Tex. Crim. App. 2012); *Nikrasch v. State*, 698 S.W.2d 443, 450 (Tex. App.—Dallas 1985, no pet.) (court of appeals has no jurisdiction over appeal absent written judgment or order).

On August 26, 2022, a supplemental clerk's record containing the trial court's March 31, 2022 signed order and findings of fact was filed. In light of this, it appears we have jurisdiction over this appeal.

The appellate record was due May 30, 2022. By postcard dated June 6, 2022, we notified official court reporter Vicki Tuck that the reporter's record had not been filed and directed her to file it by July 6, 2022. To date, it has not been filed and we have had no communication from Ms. Tuck regarding the record.

We **ORDER** the reporter's record filed by September 9, 2022. We caution Ms. Tuck that the failure to file the record by that date may result in the Court ordering she not sit until the record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Dan Patterson, Presiding Judge, County Criminal Court No. 1; to Vicki Tuck, official court reporter, County Criminal Court No. 1; and to counsel for all parties.


/s/    LANA MYERS
       JUSTICE